IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01916-GPG

BRUCE EDWARD PETERSON,
    Plaintiff,

v.

DR. TIMOTHY P. CREANY, M.D.,
DR. F.N.U. BEDDY (Phyc.) [sic],
DR DAVID TESSIER,
JOHN DOE(S) (Phyc.) [sic],
JANE DOE(S),
RICK MEICER, R.N.,
F.N.U. WEINHIMER, Health Care Provider, and
LOU ARCHULETTA, F.C.F. Warden,
    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED December 19, 2014, at Denver, Colorado.

                        BY THE COURT:

                        S/ Gordon P. Gallagher

                        _____
                        GORDON P. GALLAGHER
                        United States Magistrate Judge